IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHIARRHA WILLIAMS ) | |
|  ) | |
|     Plaintiff, ) | |
|  ) | |
| v. ) | |
|  ) | |
| UNITED RECOVERY AND ) | |
| MARKETING, LLC ) | Case No 1:21-cv-00457 |
| Serve:  Corporation Service Co., Registered Agent ) | |
|       2908 Poston Avenue ) | |
|       Nashville, Tennessee 37203-1312 ) | |
|  ) | |
| and ) | |
|  ) | |
| S&S TOWING AND RECOVERY, LLC ) | |
| Serve:  Samuel David Justice, Registered Agent ) | |
|       7911 Appomattox Avenue ) | |
|       Manassas, Virginia 20111 ) | |
|  ) | |
|     Defendants. ) | |

**MOTION TO ALLOW AMENDMENT OF COMPLAINT
SO AS TO CORRECT CLERICAL ERROR**

COMES NOW your Plaintiff, by counsel, and respectfully requests leave of court to file and serve the Amended Complaint attached hereto as Exhibit 1 so as to correct a clerical error in the original Complaint.  The original Complaint mistakenly listed the defendant as United Recovery and Marketing, LLC.  The correct name for the defendant is United Recovery and Remarketing, LLC.  No Defendant has entered an appearance as of yet, and Plaintiff will serve both Defendants with the Amended Complaint forthwith. A proposed order is attached hereto as Exhibit 2.

1

Date: July 8, 2021                              Respectfully Submitted,
                                                CHIARRHA WILLIAMS

                                                By: /s/ Thomas R. Breeden
                                                Thomas R. Breeden, Esquire/VSB#33410
                                                Thomas R. Breeden, P.C.
                                                10326 Lomond Drive
                                                Manassas, Virginia 20109
                                                Telephone No.: (703) 361-9277
                                                Facsimile No.: (703) 337-0441
                                                Email: trb@tbreedenlaw.com
                                                Counsel for Plaintiff