AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Chiarrha Williams<br><br>*Plaintiff(s)*<br>v.<br><br>United Recovery and Remarketing, LLC, et al.<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-00457-CMH-IDD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United Recovery and Remarketing, LLC
Corporation Service Company, Registered Agent
2908 Poston Avenue
Nashville, Tennessee 37203-1312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas R. Breeden, Esquire
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, Virginia 20109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Katie Gallozzo*

Date: 7/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00457-CMH-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United Recovery and Remarketing, LLC
was received by me on *(date)* 7-19-2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Cathy Jones , who is
designated by law to accept service of process on behalf of *(name of organization)* CORPORATION
SERVICE COMPANY on *(date)* 7-20-2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-20-2021

*Ricky Cooper*
Server's signature

Ricky Cooper  Process Server
Printed name and title

2817 West End Ave #126472
Nashville, TN 37203
Server's address

Additional information regarding attempted service, etc: